MONTALVO, PETICIONARIO, *v.* SOTO NUSSA, JUEZ DE DISTRITO, DEMANDADO.

SOLICITUD para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de Aguadilla en un caso sobre *injunction* para recobrar la posesión material de propiedad inmueble.

No. 122.—Resuelto en mayo 1, 1914.

CERTIORARI—NO PUEDE HACER LAS VECES DE UNA APELACIÓN—DESESTIMACIÓN DE LA APELACIÓN.—Desestimada una apelación por culpa del apelante, no puede ejercitarse el recurso extraordinario de *certiorari* para revisar los procedimientos en los cuales se dictó la sentencia apelada.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. Víctor P. Martínez.*

El demandado no compareció.

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

Susano Montalvo, por medio de su abogado Víctor Primo Martínez, presentó a esta Corte Suprema el 28 de abril último, una solicitud de *certiorari.* De la misma solicitud resulta que la Corte de Distrito de Aguadilla dictó sentencia en contra del demandado en el pleito civil No. 1676, seguido por Joaquín Oronoz contra Susano Montalvo; que éste interpuso apelación contra la sentencia, y que la apelación fué desesti-

mada por esta Corte Suprema el 15 de abril de 1914. Y el dicho demandado, Susano Montalvo, pretende ahora que este Tribunal Supremo, por medio del auto de *certiorari,* revise todos los procedimientos en el dicho pleito, esto es, el peticionario aspira a que este recurso extraordinario de *certiorari* que ahora ejercita, sustituya por completo al ordinario de apelación que perdió por su culpa. Las pretensiones del peticionario son contrarias a la jurisprudencia repetidamente establecida por este tribunal. "El auto de *certiorari* no ha sido establecido para hacer las veces de un recurso por causa de error (*writ of error*) o de apelación." *Barrera* v. *Corte de Distrito,* 10 D. P. R., 190, 193; *Arribas* v. *Corte de Distrito,* 9 D. P. R., 484, 486.

Debe desestimarse la solicitud.

*Desestimada la solicitud.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y Aldrey.